# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

Case #: 2:20-cv-02265-CSB-EIL

John Doe — Plaintiff

vs.

University of Illinois Board of Trustees, et al — Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

Summons & Complaint

**PARTY SERVED:** UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES C/O COLLIN RICHMOND

**PERSON SERVED:** COLLIN RICHMOND, ASSOCIATE UNIVERSITY COUNSEL

**METHOD OF SERVICE:** Corporate - By leaving copies with the person identified above who stated they were authorized to accept service.

**DATE & TIME OF DELIVERY:** 10/01/2020 at 1:03 PM

**ADDRESS, CITY AND STATE:** 1110 ASHFORD COURT, MAHOMET, IL 61853

**DESCRIPTION:** Race: White  Sex: Male  Age: 44
Height: 5'10"  Weight: 170  Hair: Brown  Glasses: No

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 10/2/2020.

Signature: _____
Steven Pecharich
Registration No: 115.002503

CLIENT: We Serve NJ LLC
FILE #:
Job #: 447026