IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES, GENE E. ROBINSON, *Interim Dean of College of Liberal Arts & Sciences, sued in his official capacity*, STEPHEN BRYAN, *Associate Vice Chancellor and Dean of Student Support and Advocacy, sued in his official capacity*, JUSTIN BROWN, *Associate Dean of Students, sued in his official capacity*,<br><br>            Defendants. | Civil Action No. 20-cv-02265 |

**OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Mr. Doe opposes Defendants' Emergency Motion for Extension of Time to Respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Although counsel is usually loathe to deny an extension request to opposing counsel, in this case, delay may create the exact harm Mr. Doe appealed to the Court to prevent. Mr. Doe was wrongfully dismissed from the University of Illinois at Urbana-Champaign before the fall semester began. Mr. Doe sought a temporary restraining order in order to return to classes and preserve the status quo while the Court heard from the parties. If the Court were to grant Defendants' motion, it could potentially cement one of the harms that Mr. Doe seeks to avoid—an educational gap. Mr. Doe has already missed six weeks of a 15-week semester. Although Mr. Doe is an excellent

student, additional delay could make it impossible for him make up the coursework he has missed. As Defendants are well aware, the entire point of Mr. Doe's motion for injunctive relief is about getting him back in school with enough time in the semester to catch up. Granting Defendants' motion would allow them, quite simply, to run out the clock.

Further, although Defendants complain that they need additional time to review and confirm the facts in Plaintiff's motion, counsel for Defendants have been aware of the facts in this case since before it was even filed. Defendants' counsel was made aware of the factual circumstances surrounding Mr. Doe's wrongful dismissal on September 17, 2020. Although Defendants' counsel only recently entered their appearances, the Motion for Temporary Restraining Order and Complaint were served on them via email on September 25, 2020. Moreover, Defendants' counsel is familiar with both this area of the law and how the University of Illinois handles these matters, having defended at least two cases alleging similar violations in the past. *See Doe v. Board of Trustees of the Univ. of Illinois*, 19-cv-02054 (C.D. Ill); *Doe v. Univ. of Illinois Board of Trustees*, 17-cv-02180 (C.D. Ill). Finally, it is not accurate to suggest that the parties were actively discussing settlement between September 17th and October 3rd, rather, Mr. Doe sent a written settlement demand at Defendants' request the day after the complaint was filed and Defendants responded five days later. For Defendants to imply that they need additional time because they expected this case to settle is misleading.

In sum, by the current deadline of October 9th, Defendants will have been aware of the factual circumstances in this case for 23 days. Mr. Doe has a great and sincere interest in moving this case forward as expeditiously as possible. He thus respectfully asks the Court to deny Defendants' motion.

                                Respectfully submitted,

DATED:  October 5, 2020        By:  /s/ Norm Anderson

                                KAISERDILLON PLLC
                                Norman Anderson
                                Justin Dillon
                                Scott Bernstein (application forthcoming)
                                1099 14th Street NW, 8th Floor West
                                Washington, District of Columbia 20005
                                Telephone: (202) 640-2850
                                Facsimile: (202) 280-1034
                                nanderson@kaiserdillon.com
                                jdillon@kaiserdillon.com
                                sbernstein@kaiserdillon.com

                                *Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2020, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all the following:

Peter G. Land (Lead Counsel)
Gwendolyn B. Morales
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200 Chicago, Illinois 60606
(312) 655-1500
Peter.land@huschblackwell.com
Gwendolyn.Morales@huschblackwell.com

                                          /s/ Norm Anderson
                                              Norman Anderson