# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) Case No: 20-CV-2265 |
| | ) |
| v. | ) Hon. Colin S. Bruce |
| | ) Magistrate Eric I. Long |
| UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES, GENE E. ROBINSON, Interim Dean of College of Liberal Art & Sciences, sued in his official capacity, STEPHEN BRYAN, Associate Vice Chancellor and Dean of Student Support and Advocacy, sued in his official capacity, JUSTIN BROWN, Associate Dean of Students, sued in his official capacity, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, the Board of Trustees of the University of Illinois (the "University"), Stephen Bryan, and Justin Brown, by and through their attorneys, respectfully request an extension through October 30, 2020 to file their response to Plaintiff's Complaint. In support of this Motion, Defendants[1] state as follows:

1.  Plaintiff filed his Complaint and Motion for a Temporary Restraining Order and Preliminary Injunction in this action on September 25, 2020. Doc. Nos. 1, 5.

2.  Defendants were served with the Summons, Complaint, and Motion through in-person delivery to their counsel on Thursday, October 1, 2020. Doc. No. 8. Accordingly, the

---

[1] Defendant Gene Robinson has not been served in this matter and is not a party to this Motion.

HB: 4852-8979-2207.1

current deadline for Defendants to file a responsive pleading to the Complaint is October 22, 2020. *Id.*

3. Although counsel for Defendants are working diligently to prepare Defendants' responsive pleading to the Complaint, Defendants require some limited additional time to file their response.

4. Since the time Plaintiff's Complaint and Motion were filed, Defendants' undersigned counsel was focused primarily and extensively on, first, good-faith efforts to seek to resolve this matter with Plaintiff's counsel, and then, upon learning that resolution would not be possible at that time, preparing Defendants' response to Plaintiff's request for preliminary injunctive relief. Defendants filed their memorandum in opposition to Plaintiff's Motion on October 14, 2020. Doc. No. 16.

5. Defendants' counsel now requests a short amount of additional time to prepare its response to Plaintiff's Complaint due to a number of conflicting deadlines that make difficult for Defendants' counsel to complete this response by October 22, 2010. In particular, both undersigned counsel have a summary judgment brief in a tenured faculty litigation matter pending in the Northern District of Illinois, Eastern Division, due on October 23, 2020, which requires extensive time by counsel to prepare. During the first half of October, both Defendants' counsel were also engaged in extensive efforts to complete fact discovery by a firm deadline of October 12, 2020 in another Title IX student litigation matter also pending in the Northern District of Illinois, Eastern Division, which included two depositions of fact witnesses on October 13 and 21, 2020 (by agreement) and extensive efforts to resolve outstanding discovery disputes and issues with opposing counsel.

6. Because of these matters and others, Defendants respectfully request an extension of eight days, from October 22 until October 30, 2020, to file their response to the Complaint.

7. Defendants' counsel sought Plaintiff's agreement to an extension, but no such agreement was given.

8. Accordingly, Defendants respectfully request an eight-day extension up to and including October 30, 2020 to file their response to Plaintiff's Complaint.

WHEREFORE, and for the reasons stated above, Defendants respectfully request that the Court enter an order granting it an extension of time up to and including October 30, 2020 to file their response to Plaintiff's Complaint.

Dated: October 21, 2020

                                  Respectfully submitted,

                                  Defendants Board of Trustees of the University of Illinois, Stephen Bryan, and Justin Brown,

                                  By:   /s/ Peter G. Land
                                        One of their Attorneys

Peter G. Land (Lead Counsel)
Gwendolyn B. Morales
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 655-1500
Peter.land@huschblackwell.com
Gwendolyn.Morales@huschblackwell.com

HB: 4852-8979-2207.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of October 2020, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all the following:

Norman Anderson
Justin Dillon
Scott Bernstein
KAISERDILLON PLLC
8th Floor
1099 14th Street NW
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
nanderson@kaiserdillon.com
jdillon@kaiserdillon.com
sbernstein@kaiserdillon.com


/s/ Peter G. Land