IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES, GENE E. ROBINSON, *Interim Dean of College of Liberal Arts & Sciences, sued in his official capacity*, STEPHEN BRYAN, *Associate Vice Chancellor and Dean of Student Support and Advocacy, sued in his official capacity*, JUSTIN BROWN, *Associate Dean of Students, sued in his official capacity*,<br><br>            Defendants. | Civil Action No. 20-CV-02265<br><br>Honorable Colin S. Bruce<br>Magistrate Eric I. Long |

**OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Mr. Doe opposes Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint. Although Mr. Doe is sympathetic to the demands of defense counsel's other cases, he must object to what is quickly becoming a pattern of delay. This case is not a contractual dispute or some other matter where the timing of resolution is immaterial. Under the current circumstances, each day that passes absent resolution is another day where an innocent young man is unable to rejoin his peers and continue his education. Currently pending before the Court is a motion for injunctive relief that, if decided in his favor, would return Mr. Doe to school while the litigation progresses. Mr. Doe would not have any objection to Defendants' motion for an extension if granting it would not alter his position. Unfortunately, absent injunctive relief, any delay increases the time that Mr. Doe must wait to return to classes, which increases the

likelihood that he will suffer irreparable harm. Mr. Doe would also note that Defendants have waited until the deadline to ask for an extension, even though the parties have not engaged in any settlement negotiations since before Defendants' October 5th extension request.

For the aforementioned reasons, Mr. Doe respectfully requests that the Court deny Defendants' motion.

Respectfully submitted,

DATED: October 21, 2020

By: /s/ Justin Dillon

KAISERDILLON PLLC
Justin Dillon
Norman Anderson
1099 14th Street NW, 8th Floor West
Washington, District of Columbia 20005
Telephone: (202) 640-2850
Facsimile: (202) 280-1034
jdillon@kaiserdillon.com
nanderson@kaiserdillon.com

*Attorneys for Plaintiff John Doe*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of October, 2020, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to defense counsel.

<u>/s/ Justin Dillon</u>
Justin Dillon