E-FILED
Tuesday, 03 November, 2020  01:11:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>   Defendants. | Case No: 20-CV-02265<br><br>Hon. Colin S. Bruce<br>Magistrate Eric I. Long |

## DEFENDANTS' MOTION TO REPLACE FILED EXHIBIT

Defendants Board of Trustees of the University of Illinois, Stephen Bryan, and Justin Brown ("Defendants"), through their undersigned counsel, hereby move for leave to file and replace Exhibit 1 to their proposed memorandum in support of their motion to dismiss (Doc. No. 27-2) with the attached correct Exhibit 1.

  1. On October 30, 2020, Defendants filed their Motion to Dismiss Complaint Pursuant to Rule 12(b)(6). Doc. No. 26. In support of their motion, Defendants sought leave to file a memorandum in support in excess of 15 pages. Doc. No. 27. Pursuant to Local Rule 7.1, Defendants attached to that motion their proposed memorandum, which included six exhibits. Doc. Nos. 27-1 – 21-7.

  2. Defendants intended to attach the Complaint as Exhibit 1 to their proposed memorandum in support of their motion to dismiss. *See* Doc. No. 27-1 at p. 1, fn. 2. However, after the motion for leave was filed, defense counsel learned that an inadvertent administrative error led to a different document being attached to Defendants' proposed memorandum as Exhibit 1.

HB: 4847-2724-9104.1

3. Accordingly, Defendants seek leave to replace the document currently filed as Exhibit 1 to Defendants' proposed memorandum in support of their motion to dismiss, Doc. No. 27-2, with the attached Exhibit.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that they be permitted to replace Exhibit 1 to their proposed memorandum in support of their motion to dismiss (Doc #27-2) with the attached correct Exhibit.

Respectfully submitted,

BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, STEPHEN BRYAN, and JUSTIN BROWN

By:   */s/*Peter G. Land
      One of Its Attorneys

Peter G. Land
Peter.Land@huschblackwell.com
Gwendolyn Morales
Gwendolyn.Morales@huschblackwell.com
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
312.526.1631

HB: 4847-2724-9104.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the foregoing **Defendants' Motion to Replace Filed Exhibit** to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to the following counsel of record this 3rd day of November, 2020:

>Norman Anderson
>Justin Dillon
>Scott Bernstein
>KAISERDILLON PLLC
>8th Floor
>1099 14th Street NW
>Washington, DC 20005
>T: (202) 640-2850
>F: (202) 280-1034
>nanderson@kaiserdillon.com
>jdillon@kaiserdillon.com
>sbernstein@kaiserdillon.com

/s/ Peter G. Land