IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES et al., <br><br> Defendants. | Civil Action No. 20-CV-02265 <br><br> Honorable Colin S. Bruce <br> Magistrate Eric I. Long |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Justin Dillon of KaiserDillon PLLC and Defendant being represented by Peter Land of Husch Blackwell LLP, counsel met on November 23, 2020 for the purpose of formulating a proposed discovery calendar for consideration by the Court. Counsel for the parties delayed providing this report to the Court in order to reach a scheduling agreement and present a single plan to the Court. The following are dates upon which counsel have agreed.

1. Parties will exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by December 21, 2020.

2. The deadline for amendment of pleadings is December 14, 2020.

3. The deadline for joining additional parties is December 14, 2020.

4. The parties shall disclose affirmative experts and provide expert reports six months after the Court decides Defendants' pending motion to dismiss.

5. The parties shall disclose rebuttal experts and provide expert reports four weeks after disclosing affirmative expert reports.

6. Fact discovery is to be completed six months after the Court decides Defendants' pending Motion to Dismiss.

7. Expert discovery is to be completed two months after the close of fact discovery.

8. The deadline for filing case dispositive motions shall be 45 days after the close of fact discovery, assuming no identified experts bear on any dispositive motion.

9. The parties are continuing to negotiate a protocol for the disclosure of electronically stored information.

10. The parties are continuing to negotiate a stipulated protective order.

Respectfully submitted,


_/s/Peter G. Land_  
Peter G. Land

Peter G. Land  
Peter.Land@huschblackwell.com  
Gwendolyn Morales  
Gwendolyn.Morales@huschblackwell.com  
Husch Blackwell LLP  
120 South Riverside Plaza, Suite 2200  
Chicago, IL 60606  
Telephone: (312) 526-1631  
*Attorneys for Defendants*

_/s/ Justin Dillon_  
Justin Dillon

Justin Dillon  
jdillon@kaiserdillon.com  
Norman Anderson  
nanderson@kaiserdillon.com  
KaiserDillon PLLC  
1099 14th Street NW, 8th Floor West  
Washington, District of Columbia 20005  
Telephone: (202) 640-2850  
*Attorneys for Plaintiff John Doe*