IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES, GENE E. ROBINSON, Interim Dean of College of Liberal Arts & Sciences, sued in his official capacity, STEPHEN BRYAN, Associate Vice Chancellor and Dean of Student and Advocacy and Support, sued in his official capacity, and JUSTIN BROWN, Associate Dean of Students, sued in his official capacity.<br><br>        Defendants. | Civil Action No. 20-CV-02265 |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties report that the case is settled. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe, with the consent of all parties, hereby gives notice that this matter is to be voluntarily dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

DATED:  December 24, 2021

| | |
|---|---|
| /s/ Justin Dillon | /s/ Peter G. Land |
| | Peter G. Land |
| KAISERDILLON PLLC | Peter.Land@huschblackwell.com |
| Justin Dillon | Gwendolyn Morales |
| Norman Anderson | Gwendolyn.Morales@huschblackwell.com |
| 1099 14th Street NW, 8th Floor West | Husch Blackwell LLP |
| Washington, D.C. 20005 | 120 South Riverside Plaza, Suite 2200 |
| Telephone: (202) 640-2850 | Chicago, IL 60606 |
| Facsimile: (202) 280-1034 | 312.526.1631 |
| jdillon@kaiserdillon.com | |
| nanderson@kaiserdillon.com | *Attorneys for the Board of Trustees of the University of Illinois, Stephen Bryan, and Justin Brown* |
| *Attorneys for Plaintiff John Doe* | |